■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNY WHITELY, Appellant. [837 NYS2d 345]—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Demarest, J.), rendered January 6, 2005, convicting him of attempted robbery in the first degree and attempted robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The Supreme Court providently exercised its discretion in denying the defendant's motion for a mistrial. The decision whether to grant a motion for mistrial rests within the sound discretion of the trial court (*see People v Ortiz*, 54 NY2d 288, 292 [1981]), which is in the best position to determine if it is necessary to protect the defendant's right to a fair trial (*see People v Cooper*, 173 AD2d 551 [1991]). Although one of the prosecution's witnesses testified on cross-examination that she knew the defendant "for robbing other people," the Supreme Court struck the testimony, gave a curative instruction, and, upon the defendant's motion for a mistrial, gave further curative instructions (*see People v Hernandez*, 11 AD3d 479 [2004]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Mastro, J.P., Covello, Angiolillo and Dickerson, JJ., concur.